**Order entered October 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00712-CV

### SANDRA L. SIMS, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-02150**

## ORDER

Before the Court are appellees' October 22, 2018 second motion for an extension of time to file a brief and appellant's response opposing the motion. We **GRANT** the motion and extend the time to **November 5, 2018**. We caution appellees that further extension requests will be disfavored.

/s/    ADA BROWN
            JUSTICE